IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC MUELLER and CORISSA D. MUELLER, Husband and Wife, Individually, and on behalf of TAIGE L. MUELLER, a Minor, and on behalf of Themselves and Those Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>APRIL K. AUKER; KIMBERLY A. OSADCHUK; JANET A. FLETCHER; BARBARA HARMON; LINDA RODENBAUGH; THE CITY OF BOISE; DALE ROGERS; TED SNYDER; TIM GREEN; RICHARD K. MacDONALD; and ST. LUKE'S REGIONAL MEDICAL CENTER,<br><br>        Defendants. | Case No. CV-04-399-S-BLW<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL EXHIBITS** |

      This matter having come before the Court on Defendant St. Luke's Motion to Seal Exhibits (Docket No. 99) to the Affidavits of Gary L. Fletcher, Gwen Babb, and Dr. Richard K. MacDonald, M.D.

      IT IS HEREBY ORDERED, that Defendants' Motion is GRANTED and the Court will file the following documents under seal:

**Order -- 1**

1. Exhibit A to the Affidavit of Gary L. Fletcher;

2. Exhibit A to the Affidavit of Gwen Babb;

3. Exhibit A to the Affidavit of Dr. Richard K. MacDonald.

DATED: **August 2, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court