IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC MUELLER and CORISSA D. MUELLER, husband and wife, individually, and on behalf of TAIGE L. MUELLER, a minor, and on behalf of themselves and those similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>APRIL K. AUKER, et al.,<br><br>          Defendants. | Case No. CV-04-399-S-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it plaintiffs' motion to bifurcate. Plaintiffs seek to proceed to trial on the issues not now before the Ninth Circuit – the Circuit is presently considering an appeal from this Court's ruling on qualified immunity.

Because the Circuit's ruling could affect the remaining issues, the Court will deny the motion to bifurcate. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to

bifurcate (Docket No. 291) is DENIED.



DATED: **March 13, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge