IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| ERIC MUELLER and CORISSA D. MUELLER, husband and wife, individually, and on behalf of TAIGE L. MUELLER, a minor, and on behalf of themselves and those similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV 04-399-S-BLW |
| Plaintiffs, | | ORDER |
| vs. | | |
| APRIL K. AUKER, KIMBERLY A. OSADCHUK, JANET A. FLETCHER, BARBARA HARMON, LINDA RODENBAUGH, THE CITY OF BOISE, DALE ROGERS, TED SNYDER, TIM GREEN, RICHARD K. MacDONALD, and ST. LUKE'S REGIONAL MEDICAL CENTER, | | |
| Defendants. | | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Stipulation (docket no. 542) be APPROVED, and that all claims against defendants April K. Auker, Kimberly A. Osadchuk, Janet A. Fletcher, Barbara Hamon, Linda

Rodenbach, Karl B. Kurtz, and Ken Diebert, be, and the same are hereby, DISMISSED WITH PREJUDICE, each party to bear their respective attorney fees and costs.

DATED: **July 20, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court